| United States Bankruptcy Court<br>Southern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Edge Petroleum Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **76-0511037** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1301 Travis, Suite 2000**<br>**Houston, TX**          ZIPCODE **77002** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):     ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7         ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11         Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                             Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>-----------------------------------------<br>Check all applicable boxes:<br>☑ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Edge Petroleum Corporation** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Attached Addendum** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)

Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Edge Petroleum Corporation** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X */s/ Charles R. Gibbs* <br> Signature of Attorney for Debtor(s) <br><br> Charles R. Gibbs 07846300 <br> Akin Gump Strauss Hauer & Feld, LLP <br> 1700 Pacific Avenue, Suite 4100 <br> Dallas, TX 75201 <br> (214) 969-2800  Fax: (214) 969-4343 <br> cgibbs@akingump.com <br><br> *10/1/09* <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer** <br><br> I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> _____ <br> Date |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ John W. Elias* <br> Signature of Authorized Individual <br><br> **John W. Elias** <br> Printed Name of Authorized Individual <br><br> **Chairman, President & CEO** <br> Title of Authorized Individual <br><br> **October 1, 2009** <br> Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**United States Bankruptcy Court**
**Southern District of Texas**

IN RE:                                                                                    Case No. _____

**Edge Petroleum Corporation**                                             Chapter **11**
                                   Debtor(s)

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **00022149**_____.

2. The following financial data is the latest available information and refers to debtor's condition on **June 30, 2009**.

    a. Total assets                                                    $ **264,030,000.00**

    b. Total debts (including debts listed in 2.c., below)      $ **234,000,000.00**

                                                                                                                                                                                                                                                   Approximate
                                                                                                                                                                                                                                        Number of Holders

    c. Debt securities held by more than 500 holders.

          secured / /    unsecured / /    subordinated / /         $ _____     _____

          secured / /    unsecured / /    subordinated / /         $ _____     _____

          secured / /    unsecured / /    subordinated / /         $ _____     _____

          secured / /    unsecured / /    subordinated / /         $ _____     _____

          secured / /    unsecured / /    subordinated / /         $ _____     _____

    d. Number of shares of preferred stock                     **2,875,000**          **3**

    e. Number of shares of common stock                      **28,867,675**        **173**

Comments, if any:

3. Brief description of debtor's business:

**The Debtors are independent energy companies engaged in the exploration, development, acquisition and production of natural gas, natural gas liquids and crude oil.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**FMR LLC - 2,864,976 (9.92%); Mac-Per-Wolf Company - 2,226,800 (7.71%); Reed Conner & Birdwell LLC - 1,795,404 (6.22%); Manning & Naiper Advisors, Inc. - 1,500,880 (5.2%)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Addendum to Chapter 11 Petition for Edge Petroleum Corporation

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR |
|---|

On the date hereof, each of the affiliated entities listed below (including the Debtor in this Chapter 11 case) filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

Edge Petroleum Corporation, a Delaware corporation, EIN 76-0511037

Edge Petroleum Exploration Company, a Delaware corporation, EIN 76-0538577

Edge Petroleum Operating Company, Inc., a Delaware corporation, EIN 20-0661275

Edge Petroleum Production Company, a Delaware corporation, EIN 75-3173050

Miller Exploration Company, a Delaware corporation, EIN 38-3379776

Miller Oil Company, a Michigan corporation, EIN 38-2607711

**RESOLUTIONS**
**OF THE BOARD OF DIRECTORS OF**
**EDGE PETROLEUM CORPORATION,**
a Delaware corporation (the "*Company*")

**(As duly adopted on September 30, 2009)**

**WHEREAS**, as a result of a significant shortage of operating capital that will result in the Company being unable to continue operating without protection from creditors, it has been determined that the filing of a voluntary petition seeking relief under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*") is in the best interests of the Company;

**WHEREAS**, in the judgment of the Board, it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, that the Board recommends and directs the Company to seek relief under the provisions of the Bankruptcy Code;

**RESOLVED FURTHER**, that John W. Elias and Gary L. Pittman (each, an "*Authorized Officer*") are hereby individually authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division, at such time as the Authorized Officer shall determine;

**RESOLVED FURTHER**, that the Authorized Officer, and such other officers of the Company as the Authorized Officer shall, from time to time, designate, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions that the Authorized Officer may deem necessary or proper in connection with the Chapter 11 case;

**RESOLVED FURTHER**, that the law firm of Akin Gump Strauss Hauer & Feld LLP be employed as counsel for the Company in the Company's Chapter 11 case under a general retainer, the previously approved engagement of Akin Gump Strauss Hauer & Feld LLP as legal counsel in connection with the potential restructuring of the Company being hereby acknowledged and affirmed;

**RESOLVED FURTHER**, that the law firm of Jordan, Hyden, Womble, Culbreth & Holzer, P.C. be employed as co-counsel for the Company in the Company's Chapter 11 case under a general retainer, the previously approved engagement of Jordan, Hyden, Womble, Culbreth & Holzer, P.C. as legal counsel in connection with the potential restructuring of the Company being hereby acknowledged and affirmed;

**RESOLVED FURTHER**, that the Authorized Officer is hereby individually authorized and empowered on behalf of, and in the name of, the Company to retain and employ Kurtzman Carson Consultants LLC as claims and noticing agent for the Company in connection with the restructuring of the Company;

**RESOLVED FURTHER**, that the Authorized Officer is authorized and empowered in the name and on behalf of the Company, to (i) take or cause to be taken any and all such further actions and to prepare, execute and deliver or cause to be prepared, executed and delivered, and

where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such other instruments and documents, (ii) incur and pay or cause to be paid all fees and expenses and (iii) engage such persons as such Authorized Officer, in his or her sole discretion, may determine to be necessary or appropriate to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

**RESOLVED FURTHER**, that all lawful actions of any kind previously taken by the officers of the Company, or any person or persons designated or authorized to act by an officer of the Company, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Company;

**RESOLVED FURTHER**, that the secretary, any assistant secretary or any other proper officer of the Company be, and each of them individually hereby is, authorized and empowered to certify and to furnish such copies of these resolutions as may be necessary and such statements of incumbency of the corporate officers of the Company as may be requested;

**RESOLVED FURTHER**, that these resolutions may be executed in counterparts, all of which shall be considered one and the same consent and shall become effective when signed by all of the directors; and

**RESOLVED FURTHER**, that these resolutions may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

[SIGNATURE PAGE TO FOLLOW]

**IN WITNESS WHEREOF,** the undersigned have set their hands to be effective as of the date first written above.

_____
John W. Elias

_____
Thurmon M. Andress

_____
Vincent S. Andrews

_____
Jonathan M. Clarkson

_____
Michael A. Creel

_____
John Sfondrini

_____
Robert W. Shower

_____
David F. Work

**IN WITNESS WHEREOF**, the undersigned have set their hands to be effective as of the date first written above.

_____
John W. Elias

_____*[signature]*_____
Thurmon M. Andress

_____
Vincent S. Andrews

_____
Jonathan M. Clarkson

_____
Michael A. Creel

_____
John Sfondrini

_____
Robert W. Shower

_____
David F. Work

**IN WITNESS WHEREOF**, the undersigned have set their hands to be effective as of the date first written above.

_____
John W. Elias

_____
Thurmon M. Andress

*/s/ Vincent S. Andrews*
Vincent S. Andrews

_____
Jonathan M. Clarkson

_____
Michael A. Creel

_____
John Sfondrini

_____
Robert W. Shower

_____
David F. Work

**IN WITNESS WHEREOF**, the undersigned have set their hands to be effective as of the date first written above.

_____
John W. Elias

_____
Thurmon M. Andress

_____
Vincent S. Andrews

*[signature]*

_____
Jonathan M. Clarkson

_____
Michael A. Creel

_____
John Sfondrini

_____
Robert W. Shower

_____
David F. Work

**IN WITNESS WHEREOF**, the undersigned have set their hands to be effective as of the date first written above.

_____
John W. Elias

_____
Thurmon M. Andress

_____
Vincent S. Andrews

_____
Jonathan M. Clarkson

_____
Michael A. Creel

_____
John Sfondrini

_____
Robert W. Shower

_____
David F. Work

       **IN WITNESS WHEREOF**, the undersigned have set their hands to be effective as of the date first written above.

_____
John W. Elias


_____
Thurmon M. Andress


_____
Vincent S. Andrews


_____
Jonathan M. Clarkson


_____
Michael A. Creel


_____
John Sfondrini

*[signature]*
Robert W. Shower


_____
David F. Work

**IN WITNESS WHEREOF**, the undersigned have set their hands to be effective as of the date first written above.

_____
John W. Elias

_____
Thurmon M. Andress

_____
Vincent S. Andrews

_____
Jonathan M. Clarkson

_____
Michael A. Creel

_____
John Sfondrini

_____
Robert W. Shower

_____/s/ David F. Work_____
David F. Work

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: | § § § § § § | Case No. 09-(     )<br>Jointly Administered<br>Chapter 11 |
| EDGE PETROLEUM CORP., et al., | | |
| Debtors. | | |

### EDGE PETROLEUM CORPORATION'S, STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

Edge Petroleum Corporation, for its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) respectfully represents that there is no entity that owns or indirectly owns any of its equity interests.

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:     /s/  Charles R. Gibbs
Charles R. Gibbs (SBN 07846300; Fed ID 177)
Sarah Link Schultz (SBN 24033047; Fed ID 30555)
Yewande Akinwolemiwa (SBN 24056633; Fed ID 909757)
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201-4675
Telephone:  214.969.2800
Facsimile:  214.969.4343

-and-

Shelby A. Jordan (SBN 11016700; Fed ID 2195)
Nathaniel Peter Holzer (SBN 00793971; Fed ID 21503)
Harlin C. Womble (SBN 21880300; Fed ID 8959)
**JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.**
500 North Shoreline Boulevard, Suite 900
Corpus Christi, Texas 78471
Telephone:  361.884.5678
Facsimile:  361.888.5555

**PROPOSED ATTORNEYS FOR EDGE PETROLEUM CORPORATION, ET AL.**

CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| *(1)* | *(2)* | *(3)* | *(4)* | *(5)* |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, state value of disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| CHISOS LTD. | 670 Dona Ana Road, SW Deming, NM 88030 | Trade Debt | Unliquidated | 19,445.00 |
| ROLAND GONZALEZ CONTRACT GAUGING | P.O. Box 117 Hebbronville, TX 78361 | Trade Debt | Unliquidated | 18,880.00 |
| MURPHY ENERGY SERVICES, LP | 19167 FM 787 Saratoga, TX 77585 | Trade Debt | Unliquidated | 13,483.00 |
| LCX ENERGY LLC | 110 N. Marienfeld, Suite 200 Midland, TX 79701 | Trade Debt | Unliquidated | 12,961.00 |
| MO-VAC SERVICE INC. | P.O. Box 2677 McAllen, TX 78502 | Trade Debt | Unliquidated | 9,652.00 |
| COASTAL FLOW FIELD SERVICES, INC. | P.O. Box 58965 Houston, TX 77258-8965 | Trade Debt | Unliquidated | 9,298.00 |
| MULTI-CHEM | 2905 Southwest Blvd. San Angelo, TX 76904 | Trade Debt | Unliquidated | 8,559.00 |
| GREAT GUNS, INC. | P.O. Box 1027 Sour Lake, TX 77659 | Trade Debt | Unliquidated | 7,470.00 |
| BTA OIL PRODUCERS | 104 S. Pecos Midland, TX 79701 | Trade Debt | Unliquidated | 6,761.00 |
| JACK COWLEY SUPPLY CO | 1902 S. Hwy 281 Alice, TX 78333 | Trade Debt | Unliquidated | 6,027.00 |
| CHAMPION TECHNOLOGIES, INC. | 3200 Southwest Freeway Suite 2700 Houston, TX 77027 | Trade Debt | Unliquidated | 6,014.00 |
| DAYTON LEASE SERVICE | P. O. Box 72 Dayton, TX 77535 | Trade Debt | Unliquidated | 4,984.00 |
| AMERICAN EXPRESS CO. | P.O. Box 650448 Dallas, TX 75265-0448 | Trade Debt | Unliquidated | 4,947.00 |
| MEDINA ELECTRIC | P.O. Box 323 Columbia, MS 39429 | Trade Debt | Unliquidated | 4,526.00 |
| INTERIM COMPENSATION SOURCE, INC. | 7810 Hiawatha Dr. Houston, TX 77036 | Trade Debt | Unliquidated | 4,035.00 |

| *(1)* | *(2)* | *(3)* | *(4)* | *(5)* |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, state value of disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| STRINGER'S OILFIELD SERVICE INC. | P.O. BOX 323 COLUMBIA, MS 39429 | Trade Debt | Unliquidated | 2,825.00 |
| TEXAS ENERGY SERVICES, LP | P.O. BOX 2108 ALICE, TX 78333-2108 | Trade Debt | Unliquidated | 2,706.00 |
| PRESSURE SERVICES, INC. | P.O. BOX 1288 COLUMBIA, MS 39429 | Trade Debt | Unliquidated | 2,470.00 |
| LONE STAR INDUSTRIES | 57 E. HWY. 359 HEBBRONVILLE, TX 78361 | Trade Debt | Unliquidated | 2,243.00 |
| EFM TECHNICAL SERVICES, INC. | P.O. BOX 1678 PEARLAND, TX 78361 | Trade Debt | Unliquidated | 1,894.00 |
| PC CONNECTION | 730 MILFORD ROAD MERRIMACK, NH 03054 | Trade Debt | Unliquidated | 1,746.00 |
| DE LAGE LANDEN FINANCIAL SERVICES | 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 | Trade Debt | Unliquidated | 1,536.00 |
| ADVANCE FABRICATION & MEASUREMENT, LLC | 4315 S. CITY ROAD 1290 ODESSA, TX 79765 | Trade Debt | Unliquidated | 1,408.00 |
| SOUTHERN FLOW COMPANIES INC. | 132 DEMANADE BLVD. LAFAYETTE, LA 70503 | Trade Debt | Unliquidated | 1,372.00 |
| D & J TRUCKS | 2706 W. HILLMONT ODESSA, TX 79764 | Trade Debt | Unliquidated | 1,343.00 |
| CURTIS OILFIELD SERVICES, LLC | P.O. BOX 1236 SILSBEE, TX 77656 | Trade Debt | Unliquidated | 1,288.00 |
| WARNER OIL COMPANY DISTRIBUTOR | 6651 S. EDON RD. READING, MI 49274 | Trade Debt | Unliquidated | 1,090.00 |
| WESTERN THUNDERHORSE VAC. TRUCK SERVICES | 2707 FRANKLIN ADAMS KINGSVILLE, TX 78363 | Trade Debt | Unliquidated | 1,018.00 |
| MERRILL CORPORATION | ONE MERRILL CIRCLE ST. PAUL, MN 55108 | Trade Debt | Unliquidated | 877.00 |
| M & R OILFIELD | P.O. BOX 2853 EDINBURG, TX 78540-2853 | Trade Debt | Unliquidated | 692.00 |

## DECLARATION REGARDING CREDITORS
## HOLDING THE THIRTY LARGEST UNSECURED CLAIMS

I, Gary L. Pittman, am an authorized officer of Edge Petroleum Corporation and either an authorized officer or individual of each of the other debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), and in such capacities am familiar with the financial affairs of each of the Debtors. I declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding the Thirty Largest Unsecured Claims Against the Debtors and that the information included therein is true and correct to the best of my knowledge, information and belief.

Dated: October 1, 2009

_[signature: Gary L. Pittman]_
Executive Vice-President & CFO
10/01/09