UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| EDGE PETROLEUM CORPORATION | § | CASE NO. 09-20644 |
| | § | |
| DEBTOR. | § | Chapter 11 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE of the appearance of Carl Doré, Jr., Doré & Associates, Attorneys, P.C., counsel for BJ Services Company, U.S.A., Creditor in the above-captioned and numbered case, who requests notice of all matters "noticed" and copies of all pleadings in these proceedings pursuant to the provisions of Rules 2002, 3017(a) and 9010(b) of the Rules of Bankruptcy Procedure.

Notices should be mailed or sent to:

Carl Doré, Jr.
Doré & Associates, Attorneys, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084
(281) 829-1555
(281) 829-1579 Fax
Email: carldore@doreassociates.com

       Respectfully submitted,

       DORÉ & ASSOCIATES, ATTORNEYS, P.C.
       17171 Park Row, Suite 350
       Houston, Texas 77084
       (281) 829-1555
       (281) 829-1579 Fax
       By: /s/Carl Doré, Jr.
         Carl Doré, Jr.
         Texas Bar No. 06000600
         Email: carldore@doreassociates.com
       Attorney for BJ Services Company, U.S.A.

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2009, a true and correct copy of BJ Services Company, U.S.A., NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS was served by Email on all parties who receive notice electronically pursuant to the Local Rules and by Certified Mail, Return Receipt Requested upon the following listed below, if any.

      /s/Carl Doré, Jr.
      Carl Doré, Jr.

Z:\Docs\CARL\BJServices\Edge Petroleum\Notice of Appearance.wpd