IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In Re:** | § § | **Case No. 09-20644** |
| **EDGE PETROLEUM CORP., et al.,** | § § | **Jointly Administered** |
| | § | **Chapter 11** |
| **Debtors.** | § | |

**NOTICE OF HEARING AND NOTICE OF PROCEDURES
FOR TELEPHONIC APPEARANCES FOR
<u>MONDAY, OCTOBER 5, 2009 AT 2:30 P.M. (PREVAILING CENTRAL TIME)</u>**

Please take notice that any person desiring to appear via telephone at the hearing scheduled for **Monday, October 5, 2009 at 2:30 p.m. Central Time** should proceed as follows:

1. Contact CourtCall at (866) 582-6878 the day before the hearing.

2. The following matters are set for hearing:

| **Doc #** | **Motion and Objections** |
|---|---|
| 12 | Notice of Designation as Complex Chapter 11 Case |
| | **STATUS: Expedited setting.** |
| 25 | Request for Emergency Consideration of Certain "First Day" Matters |
| | **STATUS: Expedited setting.** |
| 2 | Debtors' Motion Pursuant to Bankruptcy Rule 1015 Requesting Joint Administration of Chapter 11 Cases |
| | **STATUS: Expedited setting.** |
| 24 | Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Consolidated Creditor Matrix |
| | **STATUS: Expedited setting.** |

| **Doc #** | **Motion and Objections** |
|---|---|
| 7 | Motion of Debtors for Order Under 28 U.S.C. § 156(c) and Bankruptcy Rule 2002(f) Approving Agreement with Kurtzman Carson Consultants LLC and Appointing Kurtzman Carson Consultants LLC as Claims, Noticing, Soliciting and Balloting Agent<br><br>**STATUS: Expedited setting** |
| 10 | Debtors' Motion Pursuant to Bankruptcy Rules 1007(c) and 2002(d) for an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs<br><br>**STATUS: Expedited setting** |
| 9 | Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a), 345(b), 363(b), 363(c) and 364(a) and Bankruptcy Rules 6003 and 6004 for (A) Authorization to (I) Continue Using Existing Centralized Cash Management System, as Modified, (II) Honor Certain Pre-petition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms; and (B) Authorization to Continue Current Investment Policies Pursuant to Bankruptcy Code Section 345(b) of the Bankruptcy Code<br><br>**STATUS: Expedited setting** |
| 6 | Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 507(a) for an Order (I) Authorizing Payment of Wages, Compensation, Benefits, and Other Employee Obligations and (II) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations<br><br>**STATUS: Expedited setting.** |
| 3 | Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a), 363(b), and 541 for Authorization to Pay Certain Pre-petition Taxes and Licensing Fees<br><br>**STATUS: Expedited setting.** |
| 4 | Motion of the Debtors for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services<br><br>**STATUS: Expedited setting.** |

| **Doc #** | **Motion and Objections** |
|---|---|
| 14 | Debtors' Motion Pursuant to Bankruptcy Code Section 107(b)(1) for Order Authorizing the Filing of Critical Vendor Lists Under Seal |

**STATUS: Expedited setting.**

| 5 | Motion of the Debtors for Entry of an Order Authorizing the Debtors to Pay Pre-petition Claims of Certain Critical Vendors and Approving Procedures Related Thereto |
|---|---|

**STATUS: Expedited setting.**

| 13 | Motion Pursuant to Bankruptcy Code Sections 105(a) and 1107(a) for Order Authorizing Debtors to Honor Pre-petition Claims of Pump Operators (Critical Vendors) |
|---|---|

**STATUS: Expedited setting.**

| 16 | Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a) and 363(b) and Bankruptcy Rules 6003 and 6004 for Authorization to Pay Pre-petition Lienholder Claims |
|---|---|

**STATUS: Expedited setting.**

| 15 | Debtors' Motion for an Order Authorizing the Debtors to Pay or Honor Pre-petition and Post-petition Royalty Obligations, Working Interest Obligations and Other Obligations Under Oil and Gas Leases |
|---|---|

**STATUS: Expedited setting.**

| 21 | Debtors' Emergency Motion for an Order (i) Authorizing the Debtors' Interim and Final Use of Cash Collateral; (ii) Granting Adequate Protection; and (iii) Scheduling a Final Hearing Regarding Use of Cash Collateral |
|---|---|

**STATUS: Expedited setting.**

| Doc # | Motion and Objections |
|---|---|
| 18 | Debtors' Motion for (A) Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Property, (II) Scheduling Bidding Deadline, Auction Date and Sale Hearing Date, and (III) Approving Form and Notice Thereof; and (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtors to Sell Their Property, (II) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |

**STATUS: Expedited setting.**

3. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance.

4. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

5. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking.

6. Each time you speak, you must identify yourself for the record.

7. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall. Initial charge for this court conference appearance is $30.00 and will be supplemental based upon the length of the calla s follows: 0-45 minutes - $30.00; 46-60 minutes and above – an additional $7.00 per each additional 15 minute increment.

Dated: October 2, 2009

/s/ Charles R. Gibbs
Charles R. Gibbs (SBN 07846300; Fed ID 177)
Sarah Link Schultz (SBN 24033047; Fed ID 30555)
Yewande Akinwolemiwa (SBN 24056633; Fed ID 909757)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

-and-

Shelby A. Jordan (SBN 11016700; Fed ID 2195)
Nathaniel Peter Holzer (SBN 00793971; Fed ID 21503)
Harlin C. Womble (SBN 21880300; Fed. ID 8959)
**JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.**
500 North Shoreline Boulevard, Suite 900
Corpus Christi, Texas 78471
Telephone: 361.884.5678
Facsimile: 361.888.5555

*Proposed Attorneys for the Debtors and Debtors in Possession*