UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 009-20644 |
| EDGE PETROLEUM CORP., et al., | § | Jointly Administered |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | |

NOTICE OF APPEARANCE UNDER BANKRUPTCY
RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES
PURSUANT TO BANKRUPTCY RULE 2002
AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

PGP Gas Supply Pool No. 3 LLC, a party in interest in the above-captioned bankruptcy cases, requests that, in addition to counsel identified in the Petition commencing this case, all notices given or required to be given and all papers served or required to be served by U. S. Mail **and** by email in the above-captioned case be given to and served upon:

> James Matthew Vaughn
> Porter & Hedges, L.L.P.
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> (713) 226-6648
> (713) 226-6248 (fax)
> mvaughn@porterhedges.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above cases.

1716691v1

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of rights of PGP Gas Supply Pool No. 3 LLC (i) to have final orders in noncore matters only after *de novo* review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which PGP Gas Supply Pool NO. 3 LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 2nd day of October, 2009.

/s/ James Matthew Vaughn
James Matthew Vaughn
State Bar No. 24028088
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6648
(713) 226-6248 – Fax

**Counsel for PGP Gas Supply Pool No. 3 LLC**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by United States mail, postage prepaid on this the 2nd day of October, 2009, to the parties listed on the attached Exhibit "1."

/s/ James Matthew Vaughn
James Matthew Vaughn

1716691v1                            2

**Exhibit "1"**

**Debtor**
Edge Petroleum Corporation
1301 Travis, Suite 2000
Houston, TX  77002

**Debtor's Counsel**
Charles R. Gibbs
Sarah Link Schultz
Yewande Akinwolemiwa
Akin Gump et al.
1700 Pacific Ave., Suite 4100
Dallas, TX  75201

Harlin C. Womble, Jr.
Jordan Hyden et al.
500 N. Shoreline Blvd., Suite 900 N
Corpus Christi, TX  78471

**Secured Lenders**
**William A. "Trey" Wood III**
Bracewell & Guiliani
711 Louisiana Street, Suite 2300
Houston, TX 77002

**U.S. Trustee**
Charles Robert Sterbach
United States Department of Justice
Office of the US Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, TX  78476

**30 Largest Unsecured Creditors**
Chrisos Ltd.
670 Dona Ana Road, SW
Deming, NM  88030

Roland Gonzalez Contract Gauging
P.O. Box 117
Hebbronville, TX  78361

Murphy Energy Services, LP
19167 FM 787
Saratoga, TX  77585

LCX Energy LLC
110 N. Marienfeld, Suite 200
Midland, TX  79701

Mo-Vac Service Inc.
P.O. Box 2677
McAllen, TX  78502

Coastal Flow Field Services, Inc.
P.O. Box 58965
Houston, TX  77258-8965

Multi-Chem
2905 Southwest Blvd.
San Angelo, TX  76904

Great Guns, Inc.
P.O. Box 1027
Sour Lake, TX  77659

BTA Oil Producers
104 S. Pecos
Midland, TX  79701

Jack Cowley Supply Co.
1902 S. Hwy 281
Alice, TX  78333

Champion Technologies, Inc.
3200 Southwest Freeway
Suite 2700
Houston, TX  77027

Dayton Lease Service
P.O. Box 72
Dayton, TX  77535

American Express Co.
P.O. Box 650448
Dallas, TX  75265-0448

Medina Electric
P.O. Box 323
Columbia, MS  39429

Interim Compensation Source, Inc.
7810 Hiawatha Dr.
Houston, TX  77036

Stringer's Oilfield Service Inc.
P.O. Box 323
Columbia, MS  39429

Texas Energy Services, LP
P.O. Box 2108
Alice, TX  78333-2108

Pressure Services, Inc.
P.O. Box 1288
Columbia, MS  39429

1716691v1

Lone Star Industries
67 E. Hwy. 359
Hebbronville, TX  78361

EFM Technical Services, Inc.
P.O. Box 1678
Pearland, TX  78361

PC Connection
730 Milford Road
Merrimack, NH  03054

De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA  19087

Advance Fabrication & Measurement, LLC
4315 S. City Road 1290
Odessa, TX  79765

Southern Flow Companies Inc.
132 Demande Blvd.
Lafayette, LA  70503

D & J Trucks
2706 W. Hillmont
Odessa, TX  79764

Curtis Oilfield Services, LLC
P.O. Box 1236
Silsbee, TX  77656

Warner Oil Company Distributor
6651 S. Edon Rd.
Reading, MI  49274

Western Thunderhorse Vac. Truck Services
2707 Franklin Adams
Kingsville, TX  78363

Merrill Corporation
One Merrill Circle
St. Paul, MN  55108

M & R Oilfield
P.O. Box 2853
Edinburg, TX  78540-2853

**Parties Requesting Notice**
Carl Doré
Doré & Associates, Attorneys, P.C.
17171 Park Row, Suite 350
Houston, TX  77084
**Attorney for BJ Services Company, U.S.A.**