IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 09-20644** |
| **EDGE PETROLEUM CORP., et al.,** | § | Jointly Administered |
| | § | Chapter 11 |
| DEBTOR | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
COMBINED WITH REQUEST FOR NOTICES PURSUANT TO
BANKRUPTCY RULE 2002(a) AND (b) PLEADINGS
PURSUANT TO BANKRUPTCY RULE 3016 AND 3017(a)**

WEATHERFORD INTERNATIONAL and various affiliated entities, mineral lien creditors in the above entitled and numbered cause, hereby requests that all notices given or required to be given in this case, be given to and served upon it through its counsel of record, at the following address and manner:

> Edward L. Rothberg
> Melissa A. Haselden
> Weycer, Kaplan, Pulaski & Zuber, P.C.
> 11 Greenway Plaza, Suite 1400
> Houston, Texas  77046
> Telephone 713-961-9045
> Facsimile 713-961-5341
> Email: erothberg@wkpz.com
>        mahaselden@wkpz.com

This request includes all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Bankruptcy Code or in Rules 2002, 3016, 3017(a) or 9007 of the Bankruptcy Rules including without limitation notice of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

{WEA006\00104\0562210.DOC;1\NLJ}

DATED: October 5, 2009.

           Respectfully submitted,

           WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

            */s/ Edward L. Rothberg*
By: _____.
           EDWARD L. ROTHBERG
           State Bar No. 17313990
           MELISSA A. HASELDEN
           State Bar No. 00794778
           Eleven Greenway Plaza, Suite 1400
           Houston, Texas 77046
           Telephone:  (713) 961-9045
           Facsimile:  (713) 961-5341

           ATTORNEYS FOR WEATHERFORD

## **CERTIFICATE OF SERVICE**

On October 5, 2009, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served via electronic mail to all parties requesting ECF notice, and by first class mail, postage prepaid, to the attorneys for Debtor:

    Charles R. Gibbs
    Sarah Link Schultz
    Yewande Akinwolemiwa
    AKIN GUMP STRAUSS HAUER & FELD LLP
    1700 Pacific Avenue, Suite 4100
    Dallas, Texas 75201

           */s/ Edward L. Rothberg*
           EDWARD L. ROTHBERG