IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

------------------------------------------------------------x
:
In Re: : Chapter 11
:
EDGE PETROLEUM CORP., et al., : Case No. 09-20644
:
Debtors. : Joint Administration Pending
:
------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Patrick J. Ivie, depose and say that I am employed by Kurtzman Carson Consultants LLC, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On October 2, 2009, copies of the following documents were served via Overnight Mail upon the service list attached hereto as **Exhibit A**:

- Order Setting Hearing on Certain "First Day" Matters **[Docket No. 31]**

- Notice of Hearing and Notice of Procedures for Telephonic Appearances for Monday, October 5, 2009 at 2:30 p.m. (Prevailing Central Time) **[Docket No. 32]**

Dated: October 5, 2009

_____
Patrick J. Ivie

State of California, County of Los Angeles

Subscribed and sworn to before me on this 5th day of October, 2009, by Patrick J. Ivie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____



GABRIELA MEDINA
COMM #1853581
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. JUNE 11, 2013

# EXHIBIT A

Exhibit A

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CRITICAL VENDOR | BYRON WATSON TRUCKING | | PO BOX 250 | | KIRBYVILLE | TX | 75956 |
| CRITICAL VENDOR | E.G. OILFIELD SERVICES, INC. | | 9850 COMPTON RD | | CORPUS CHRISTI | TX | 78418 |
| CRITICAL VENDOR | EW SERVICES | | 801 E FERN AVE STE 118 | | MCALLEN | TX | 78501 |
| CRITICAL VENDOR | F & F HUNTERS' SRVCS-GULF COAST, LP | | 1007 LYNN CIRCLE | | FRIENDSWOOD | TX | 77549-0739 |
| CRITICAL VENDOR | HALLIBURTON INC | | 15112 MORALES RD BUILDING Q | | HOUSTON | TX | 77032 |
| CRITICAL VENDOR | N&M OILFIELD SERVICES LLC | | 403 W APACHE DR | | HOBBS | NM | 88240 |
| CRITICAL VENDOR | NABORS WELL SERVICES LTD | | 515 W GREENS RD STE 1200 | | HOUSTON | TX | 77067 |
| CRITICAL VENDOR | PRO WELL TESTING & WIRELINE | | 2815 LOVINGTON HIGHWAY | | HOBBS | NM | 88241 |
| CRITICAL VENDOR | PRODUCTION SAFETY SYSTEMS | | PO BOX 81467 | | CORPUS CHRISTI | TX | 78412 |
| CRITICAL VENDOR | S&D VACUUM SERVICE LLC | | PO BOX 1682 | | KINGSVILLE | TX | 78364 |
| CRITICAL VENDOR | TEXAS CROWN PRODUCTION SERVICES INC | | PO BOX 1269 | | MISSION | TX | 78573-0021 |
| CRITICAL VENDOR | TIM'S WIRELINE SERVICE | | 155 FLOWERS LANE | | DOUNTIZE | TX | 77625 |
| CRITICAL VENDOR | TOMSCO LLC | | PO BOX 660 | | ARTESIA | NM | 88211-0660 |
| CRITICAL VENDOR | WEATHERFORD ARTIFICIAL LIFT SYS., INC. | | 515 POST OAK BLVD STE 600 | | HOUSTON | TX | 77027 |
| CRITICAL VENDOR | WEATHERFORD INTERNATIONAL, INC. | | 515 POST OAK BLVD STE 600 | | HOUSTON | TX | 77027 |
| CRITICAL VENDOR | WEATHERFORD U S INC | | 515 POST OAK BLVD STE 600 | | HOUSTON | TX | 77027 |
| CRITICAL VENDOR | XTREME PIPE STORAGE LLC | | PO BOX 19569 | | HOUSTON | TX | 77224 |
| FINANCIAL INSTITUTION | COMPASS BANK | | 24 GREENWAY PLAZA 14TH FL | | HOUSTON | TX | 77046 |
| FINANCIAL INSTITUTION | REGIONS BANK | | 210 E CAPITOL 3RD FL PLAZA | | JACKSON | MS | 39201 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE GCLS | | 8701 S GESSNER STOP 5433HAL BEAN | | HOUSTON | TX | 77074 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | | PO BOX 105703 | | ATLANTA | GA | 30348-5703 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY | | | AUSTIN | TX | 73301 |
| ORDINARY COURSE PROFESSIONALS | B R ALLEN III PC | | 14080 West US Hwy 90 | | San Antonio | TX | 78245 |
| ORDINARY COURSE PROFESSIONALS | FEDERAL ABSTRACT COMPANY | | 2019 GALISTEO STE D-1 | | SANTA FE | NM | 87505 |
| ORDINARY COURSE PROFESSIONALS | FIDELITY INVESTMENTS INST. OPER. CO | | 82 DEVONSHIRE STREET | | BOSTON | MA | 02109 |
| ORDINARY COURSE PROFESSIONALS | IRON MOUNTAIN RECORDS MGMT | | PO Box 915026 | | Dallas | TX | 75391-5026 |
| ORDINARY COURSE PROFESSIONALS | PACER SERVICE CENTER | | PO Box 70951 | | Charlotte | NC | 28272-0951 |
| ORDINARY COURSE PROFESSIONALS | SHINE & ASSOCIATES | | PO BOX 305 | | SILSBEE | TX | 77656 |
| ORDINARY COURSE PROFESSIONALS | UNION BANK OF CALIFORNIA, N.A. | | Lincoln Plaza | 500 N. Akard Street, Suite 4200 | Dallas | TX | 75201 |
| PUMPERS | TGR PUMPING SERVICE | TRACY RICHARDSON | #4 SAGEBRUSH TRAIL | | ARTESIA | NM | 88210 |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | | 100 F ST NE | | WASHINGTON | DC | 20549 |
| TAXING AUTHORITIES | SAN PATRICIO COUNTY | | 400 W SINTON ST #116 | | SINTON | TX | 78387 |
| TAXING AUTHORITIES | STATE EMERGENCY RESPONSE COMMISSION | | PO BOX 27111 | | SANTA FE | NM | 87502 |
| TAXING AUTHORITIES | VICTORY TOWNSHIP | | 3773 N STILES RD | | SCOTTVILLE | MI | 49454-9248 |
| TOP 30 | AMERICAN EXPRESS CO | | PO BOX 650448 | | DALLAS | TX | 75265-0448 |
| TOP 30 | PC CONNECTION | | 730 MILFORD RD | | MERRIMACK | NH | 03054 |
| TOP 30 | WARNER OIL COMPANY DISTRIBUTOR | | 6651 S EDON RD | | READING | MI | 49274 |
| UTILITIES | ALLTEL | | BLDG 4 THIRD FL ONE ALLIED DR | | LITTLE ROCK | AK | 72202-2099 |
| UTILITIES | AT&T | | PO BOX 78522 | | PHOENIX | AZ | 85062-8522 |
| UTILITIES | AT&T MOBILITY NATIONAL ACCOUNTS LLC | | PO BOX 97061 | | REDMOND | WA | 98073-9761 |
| UTILITIES | CENTRAL VALLEY ELECTRIC CO-OP | | 1505 NORTH 13TH ST | | ARTESIA | NM | 88210 |
| UTILITIES | ENTERGY | | PO BOX 8104 | | BATON ROUGE | LA | 70891-8104 |
| UTILITIES | T-MOBILE | | PO BOX 660252 | | DALLAS | TX | 75266-0252 |
| UTILITIES | TW TELECOM | | 10475 PARK MEADOWS DR | | LITTLETON | CO | 80124 |
| UTILITIES | VERIZON SOUTHWEST | | PO BOX 920041 | | DALLAS | TX | 75392-0041 |
| UTILITIES | VERIZON WIRELESS | | PO BOX 660108 | | DALLAS | TX | 75266-0108 |