IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 09-20644 |
| **EDGE PETROLEUM CORP., et al.,** | § | Jointly Administered |
| | § | Chapter 11 |
| Debtors. | § | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS
ON BEHALF OF CIMAREX ENERGY CO.

OKIN ADAMS & KILMER LLP hereby files this Notice of Appearance and Request for Service of all Pleadings and Documents on behalf of Cimarex Energy Co., a creditor and party in interest in the above captioned bankruptcy case and, pursuant to 11 U.S.C §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), respectfully requests that all notices given or required to be given in these proceedings (or in other cases hereafter jointly administered or consolidated herewith) and all papers served or required to be served in these proceedings, be served also upon the undersigned at the office address, facsimile number and email addresses listed as follows:

> Brian A. Kilmer
> OKIN ADAMS & KILMER LLP
> 3102 Maple Ave., Suite 240
> Dallas, TX  75201
> Telephone:  (214) 800-2390
> Facsimile:  (888) 865-2118
> Email:  bkilmer@oakllp.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation, all notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  Further, it is

requested that the undersigned counsel be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

Dated this 6th day of October, 2009.

**OKIN ADAMS & KILMER LLP**

By: */s/ Brian A. Kilmer*
Brian A. Kilmer
Texas Bar No. 24012963
Email: bkilmer@oakllp.com
3102 Maple Ave., Suite 240
Dallas, TX  75201
Tel:    (214) 800-2390
Fax:    (888) 865-2118

**ATTORNEYS FOR CIMAREX ENERGY CO.**

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 6, 2009, I served a copy of the foregoing via the Court's EM/ECF electronic system to all parties consenting to service through same, and to all parties on the attached service list by United States First Class Mail, postage prepaid.

                                          */s/ Brian A. Kilmer*
                                          Brian A. Kilmer