

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
01/20/2010

| | | |
|---|---|---|
| In Re: | § § | Case No. 09-20644 |
| EDGE PETROLEUM CORP., et al., | § § | Jointly Administered |
| | § | Chapter 11 |
| Debtors. | § | |

### ORDER GRANTING DEBTORS' MOTION TO QUASH THE NOTICE OF REQUEST FOR PRODUCTION OF DOCUMENTS UNDER RULE 2004
[Docket No. 268]

Upon consideration of the motion of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order quashing the Notice of Request for Production of Documents Under Rule 2004 filed by McGill Ranch Ltd. (the "Motion");[1] and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court finding that notice of the Motion given by the Debtors was sufficient under the circumstances and that no further notice need be given; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief herein granted; it is hereby

**ORDERED,** that the Motion is granted; and it is further

**ORDERED,** that the Notice of Request for Production of Documents Under Rule 2004 filed by McGill Ranch Ltd. is hereby quashed; and it is further

---

[1] Capitalized terms used and not defined in this Order shall have the same meaning ascribed to such terms in the Motion.

**ORDERED**, that the Court shall retain jurisdiction to implement, interpret and effectuate the provisions of this Order.

Dated: ~~January 14, 2~~.
Corpus Christi, Texas

January 20, 2010

_____
Honorable Richard S. Schmidt
United States Bankruptcy Judge

044232.0004 WEST  6419057 v3                2