

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
02/08/2010

| In Re: | § | |
| --- | --- | --- |
| | § | Case No. 09-20644 |
| EDGE PETROLEUM CORP., et al., | § | Jointly Administered |
| | § | Chapter 11 |
| Debtors. | § | |

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF PARKMAN WHALING LLC AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009
[Docket No.     ]

Upon consideration of the First and Final Application for Allowance of Fees and Reimbursement of Expenses of Parkman Whaling LLC ("Parkman Whaling") as Financial Advisor for the Debtors for the Period of October 1, 2009 through December 31, 2009 (the "Application"),[1] seeking approval of fees incurred for services rendered as financial advisor for the Debtors for the period of October 1, 2009 through December 31, 2009, in the total amount of $2,094,735.11 ($2,057,217.74 in fees and $37,517.37 in expenses); and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court finding that notice of the Application given by Parkman Whaling was sufficient under the circumstances and that no further notice need be given; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application establish just cause for the relief herein

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Application.

granted; and the Court finding that the fees and expenses requested are reasonable, necessary and beneficial to the estates and should be allowed; it is hereby

**ORDERED**, that the Application is approved; and it is further

**ORDERED** that all objections, if any, to the Application or the relief requested therein or granted in this Order, that have not been withdrawn, waived or settled, and all reservations of rights included therein, are overruled with prejudice; and it is further

**ORDERED**, that Parkman Whaling shall be allowed final compensation of $2,057,217.74 in fees and reimbursement of expenses in the amount of $37,517.37, for services rendered on behalf of the Debtors, for the period of October 1, 2009 through December 31, 2009; and it is further

**ORDERED**, that the M&A Transaction Fee of $1,861,250.00 shall be payable to Parkman Whaling Securities, LLC, and the balance of the fees and the expense reimbursement shall be payable to Parkman Whaling; and it is further

**ORDERED**, that the Court shall retain jurisdiction to implement, interpret and effectuate the provisions of this Order.

Dated: February 8, 2010
Corpus Christi, Texas

_____
Honorable Richard S. Schmidt
United States Bankruptcy Judge

044232.0004 WEST 6431936 v1